No. 334. GLIWA ET AL. *v.* UNITED STATES STEEL CORP. ET AL. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Agnes Gliwa, pro se.*

No. 341. COUNTY OF FRESNO ET AL. *v.* COMMODITY CREDIT CORPORATION. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Earl Warren,* Attorney General of California, *H. H. Linney,* Deputy Attorney General, and *James J. Arditto* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Arnold Raum,* and *Berryman Green* for respondent.

No. 374. JACKSON ET AL. *v.* UNITED GAS PUBLIC SERVICE Co. ET AL. October 21, 1940. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Aubrey M. Pyburn* for petitioners.

No. 380. NGIM AH OY *v.* HAFF, DISTRICT DIRECTOR, U. S. IMMIGRATION AND NATURALIZATION SERVICE. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ernest B. D. Spagnoli* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip,* and *W. Marvin Smith* for respondent.